

FILED
JUL 3 1 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Russell Allen Black     #3556591

_(Enter above the full name of the plaintiff or plaintiffs in this action)._     _(Inmate Reg. # of each Plaintiff)_

**VERSUS**

CIVIL ACTION NO. 3:19-cv-561
_(Number to be assigned by Court)_

State of West Virginia
Paul T. Farrell
Gregory L. Howard
Craig R Tatterson

_(Enter above the full name of the defendant or defendants in this action)_

## COMPLAINT

I. **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

                Yes _____      No ✓

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   Southern District of West Virginia, Cabell County

3. Docket Number: 14-F-47

4. Name of judge to whom case was assigned:

   Judge Paul 7 Farrell, Judge Gregory L Howard

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   Still pending because of lawyer will not listen to what I'm saying. In affective Counseling.

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

2

II. Place of Present Confinement: Western Regional Jail, Barboursville, W.V.

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓     No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ___     No ✓

    C. If you answer is YES:

        1. What steps did you take? Contact with State public lawyer that said nothing can be done, but I have State laws.

        2. What was the result? He would not listen to me he worked with the Judges and prosecutor

    D. If your answer is NO, explain why not: The lawyer is working with the Judges.

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Russell Allen Black #3556591

       Address: One O'Hanlon Place, Barboursville, W.V. 25504

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: State of West Virginia, Judge Paul T Farrell

is employed as: Cabell County Court House

at 750 Fifth Avenue, Huntington, W.V. 25701

D. Additional defendants: State of West Virginia, Gregory L. Howard
Cabell County Court House
750 Fifth Avenue, Huntington, W.V. 25701

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Wrongful Incarceration, The State of West Virginia held me for two and a half years without a trial that I was asking for and my lawyer would not file a motion two have one. On May 15, 2013 I was arrested and asked for a Speedy trial, it was set for August 19, 2014. My lawyer at the time waved it without me knowing which resulting me to fire Amber Hanna and the prosecution for dening

IV. Statement of Claim (continued):

me my rights to a Speedy trial. Then the Court gave me Tim Rosinsky that wouldn't work with me, he listened to the State.

V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

To dismiss the charges and Supervised Release and pay Restition for Motional and mental Stress that the State and ~~by~~ Paul T. Farrell and Gregory L. Howard have put me through. I am seeking 10 million dollars for loss of property and reputation of the stress.

V. **Relief (continued)):**

_____
_____
_____
_____
_____

VII. **Counsel**

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        none

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____ No ✓

    If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

    If not, state your reasons: no funes, money

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes ~~✓~~ No ✓

If so, state the lawyer's name and address:

~~Tim Rosinsky, 641 Sixth Avenue, Huntington, WV 25701~~

~~Had Amber Hanna, public Defender 320 9th street, Huntington, WV 25701~~

Signed this 29 day of July, 2019.

*Russell Black*

_____

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2019.
(Date)

*Russell Black*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Russell Black #3556591
Western Regional
One O'Hanlon Place
Barboursville, WV 25504

This person is an inmate at Western Regional Jail

Clerk, United States District Court
845 Fifth Avenue, Room 101
Huntington, West Virginia 25701

25701-200125

CHARLESTON WV 250
30 JUL 2019 PM 4 L

